JUNE 14, 1983

No. 81–1618. WEYERHAEUSER CO. ET AL *v.* LYMAN LAMB CO. ET AL; and

No. 81–1619. GEORGIA-PACIFIC CORP. *v.* LYMAN LAMB CO. ET AL. C. A. 5th Cir. [Certiorari granted, 456 U. S. 981.] Writs of certiorari dismissed under this Court's Rule 53.

JUNE 20, 1983

No. 81–1782. CITY OF VIRGINIA ET AL. *v.* NYBERG ET AL. Appeal from C. A. 8th Cir. Motion of Legal Defense Fund for Unborn Children for leave to file a brief as *amicus curiae* denied. Motion of Alan Ernest to represent children unborn and born alive denied. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. JUSTICE WHITE and JUSTICE REHNQUIST would postpone further consideration of the question of jurisdiction to a hearing of the case on the merits. JUSTICE O'CONNOR would dismiss the appeal for want of a properly presented federal question.

No. 82–1729. MILLER *v.* MUNICIPAL COURT FOR THE COUNTY OF LOS ANGELES, PASADENA JUDICIAL DISTRICT (CALIFORNIA, REAL PARTY IN INTEREST). Appeal from Sup. Ct. Cal. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–6705. BETKA *v.* SMITH ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.